UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
ANDRZEY PELC § Case No. 17-17123
JANINA PELC §
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/25/2018 in Courtroom 682,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/17/2018             By: /s/ Ronald R. Peterson
                                            Trustee


*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL  60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
ANDRZEY PELC § Case No. 17-17123
JANINA PELC §
§
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,999.98 |
| and approved disbursements of | $ | 73.67 |
| leaving a balance on hand of[1] | $ | 7,926.31 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Trustee Expenses: RONALD R. PETERSON | $ 4.24 | $ 0.00 | $ 4.24 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,554.24 |
| Remaining Balance | | $ | 6,372.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 123,355.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | $ 11,150.47 | $ 0.00 | $ 575.99 |
| 2 | Commerce Bank | $ 6,582.49 | $ 0.00 | $ 340.03 |
| 3 | Discover Bank | $ 10,682.11 | $ 0.00 | $ 551.80 |
| 4 | Discover Bank | $ 19,305.15 | $ 0.00 | $ 997.23 |
| 5 | Discover Bank | $ 15,277.26 | $ 0.00 | $ 789.17 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 778.95 | $ 0.00 | $ 40.24 |
| 7 | Capital One Bank (Usa), N.A. | $ 10,403.31 | $ 0.00 | $ 537.40 |
| 8 | Capital One, N.A. | $ 560.00 | $ 0.00 | $ 28.93 |
| 9 | Bureaus Investment Group Portfolio No 15 Llc | $ 715.30 | $ 0.00 | $ 36.95 |
| 10 | Department Stores National Bank | $ 1,225.31 | $ 0.00 | $ 63.30 |
| 11 | Synchrony Bank | $ 906.76 | $ 0.00 | $ 46.84 |
| 12 | Cavalry Spv I, Llc | $ 7,656.33 | $ 0.00 | $ 395.50 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Pnc Bank, N.A. | $ 12,584.42 | $ 0.00 | $ 650.07 |
| 14 | Pnc Bank, N.A. | $ 14,592.42 | $ 0.00 | $ 753.78 |
| 15 | Pnc Bank, N.A. | $ 10,934.75 | $ 0.00 | $ 564.84 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 6,372.07 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Ronald R. Peterson
Trustee

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL  60654-3456

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ANDRZEY PELC | ) | CASE NO. 17-17123 |
| and JANINA PELC, | ) | |
| | ) | Honorable Jack B. Schmetterer |
| Debtors. | ) | |
| | ) | Hearing: September 25, 2018 |
| | ) | 10:30 a.m. |
| | ) | |

## CERTIFICATE OF SERVICE

I, Ronald R. Peterson, an attorney, certify that on Tuesday, July 17, 2018, I caused a copy of the foregoing **Notice Of Trustee's Final Report And Applications For Compensation And Deadline To Object (NFR)** to be served upon each of the parties listed on the attached Service List via electronic mail through the Court's CM/ECF system or by First Class U.S. mail, postage prepaid, as indicated.

/s/ *Ronald R. Peterson*
Ronald R. Peterson

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654
Telephone:  (312) 222-9350
Facsimile:  (312) 840-7381
E-mail:  rpeterson@jenner.com

## SERVICE LIST

*In re Andrzey Pelc and Janina Pelc*
Case No. 17-17123

**By ECF Notification**:

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
- Michael L Sherman    shermlaw1@aol.com
- Michael J Worwag    mjworwag@gmail.com

**By U.S. Mail**:

Janina Pelc
1348 Inverness Drive
Elgin, IL 60120-8165

Andrzey Pelc
1348 Inverness Drive
Elgin, IL 60120-8165

Advocate Sherman Hospital
35134 Eagle Way
Chicago, IL 60678-0351

American Mattress
463 Redington Drive
South Elgin, IL 60177-3312

Amita Healthcare
22589 Network Place
Chicago, IL 60673-1225

Bank of America
Nc4-105-03-14
PO Box 26012
Greensboro, NC 27420-6012

Best Buy
PO Box 1802
Dayton, OH 45401-1802

Bureau Investment Group Portfolio No. 15 LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  23541-1021

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Capital One Services
PO Box 30285
Salt Lake City, UT 84130-0285

Calvary Spv I, LLC
Bass & Associates, P.C.
3936 East Ft. Lowell Road, Suite #200
Tucson, AZ  85714-1083

Chase Card
Attn: Correspondence Department
PO Box 15298
Wilmington, DE 19850-5298

Citicards Cbna
PO Box 790040
Saint Louis, MO 63179-0040

Comenity Bank/Carsons
PO Box 182125
Columbus, OH 43218-2125

Commerce Bank
Attn: KC Rec -10
PO Box 419248
Kansas City, MO 64141-6248

Commerce Bank
PO Box 419248
KCREC-10
Kansas City, MO 64141-6248

Commerce Bank
PO Box 411036
Kansas City, MO  64141-1036

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Discover Financial
PO Box 3025
New Albany, OH 43054-3025

Fifth Third Bank
Attn: Bankruptcy
1850 East Paris Avenue
Grand Rapids, MI 49546-6210

Ford Motor Credit Company
National Bankruptcy Service Center
P O Box 62180
Colorado Springs, CO 80962-2180

Gatestone & Co. International Inc.
100 North West Street, Suite 1200
Wilmington, DE 19801

Hoevel & Associates PC
3935 North Western Avenue, #1N
Chicago, IL 60618-3762

Kohls/Capital One
N56 West 17000 Ridgewood Drive
Menomonee Falls, WI 53051-5660

Malcolm S. Gerald & Assoc.
332 South Michigan Avenue, Suite 600
Chicago, IL 60604-43182

MiraMed Revenue Group
Dept. 77304
PO Box 77000
Detroit, MI 48277-2000

PNC Bank Credit Card
PO Box 5570
Mailstop BR- YB58-01-5
Cleveland, OH 44101-0570

PNC Bank, N.A.
PO Box 94982
Cleveland, OH  44101-4982

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

2

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Real Time Resolutions
Attn: Bankruptcy
PO Box 36655
Dallas, TX 75235-1655

Service Finance Company
555 South Federal Highway, Suite 20
Boca Raton, FL 33432-5505

St. Alexius Medical Center
22589 Network Place
Chicago, IL 60673-1225

Stoneleight Recovery Associates
PO Box 1479
Lombard, IL 60148-8479

Summit Digestive & Liver Disease
PO Box 3683
Hinsdale, IL 60522-3683

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank/Sams
PO Box 965060
Orlando, FL 32896-5060

TruGreen
POB 9001128
Louisville, KY 40290-1128

Visa Department Store National Bank/Macy's
PO Box 8053
Mason, OH 45040-8053

Michael J. Worwag
The Peoples Advocate
Worwag & Malysz PC
2 West Talcott Road, Suite 32
Park Ridge, IL  60068

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street, Room 873
Chicago, IL 60604-2027

3