# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ANDRZEY PELC | § | Case No. 17-17123 |
| JANINA PELC | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 130,000.00                     Assets Exempt: 53,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,372.07        Claims Discharged
                                                  Without Payment: 417,303.32

Total Expenses of Administration: 1,627.91

---

3) Total gross receipts of $ 7,999.98  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 7,999.98 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 118,129.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,632.15 | 1,632.15 | 1,627.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 182,191.36 | 123,355.03 | 123,355.03 | 6,372.07 |
| **TOTAL DISBURSEMENTS** | $ 300,320.36 | $ 124,987.18 | $ 124,987.18 | $ 7,999.98 |

4) This case was originally filed under chapter 7 on 06/02/2017 . The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/14/2019                By:/s/RONALD R. PETERSON
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 Volvo Semi 600 Class 8 | 1129-000 | 7,999.98 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,999.98** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit, National Bankruptcy Service Center Po Box 62180 Colorado Springs, CO 80962 | | 14,569.00 | NA | NA | 0.00 |
| | Real Time Resolutions, Attn: Bankruptcy Po Box 36655 Dallas, TX 75235 | | 103,560.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 118,129.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 1,550.00 | 1,550.00 | 1,550.00 |
| Jenner & Block | 2200-000 | NA | 4.24 | 4.24 | 4.24 |
| RONALD R. PETERSON | 2200-001 | NA | 4.24 | 4.24 | 0.00 |
| Associated Bank | 2600-000 | NA | 73.67 | 73.67 | 73.67 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,632.15 | $ 1,632.15 | $ 1,627.91 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Sherman Hospital, 35134 Eagle Way Chicago, IL 60678 | | 1,991.77 | NA | NA | 0.00 |
| | Advocate Sherman Hospital, 35134 Eagle Way Chicago, IL 60678 | | 835.43 | NA | NA | 0.00 |
| | American Mattress, 463 Redington Dr South Elgin, IL 60177 | | 956.76 | NA | NA | 0.00 |
| | Amita Healthcare, 22589 Network Place Chicago, IL 60673 | | 500.00 | NA | NA | 0.00 |
| | Amita Healthcare, 22589 Network Place Chicago, IL 60673 | | 616.09 | NA | NA | 0.00 |
| | Bank Of America, Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 10,241.00 | NA | NA | 0.00 |
| | Bank Of America, Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 6,263.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Best Buy, PO Box 1802 Dayton, OH 45401 | | 764.99 | NA | NA | 0.00 |
| | Capital One Services, PO Box 30285 Salt Lake City, UT 84130 | | 715.30 | NA | NA | 0.00 |
| | Capital One, PO box 30285 Salt Lake City, UT 84130 | | 7,242.00 | NA | NA | 0.00 |
| | Capital One, PO Box 30285 Salt Lake City, UT 84130 | | 10,403.00 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 907.00 | NA | NA | 0.00 |
| | Citicards Cbna, PO Box 790040 Saint Louis, MO 63179 | | 7,319.00 | NA | NA | 0.00 |
| | Comenity Bank/Carsons, Po Box 182125 Columbus, OH 43218 | | 279.00 | NA | NA | 0.00 |
| | Commerce Bank, Attn: KC Rec -10 Po Box 419248 Kansas City, MO 64141 | | 6,582.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Commerce Bk, Po Box 411036 Kansas City, MO 64141 | | 10,840.00 | NA | NA | 0.00 |
| | Discover Financial, Po Box 3025 New Albany, OH 43054 | | 18,794.00 | NA | NA | 0.00 |
| | Discover Financial, Po Box 3025 New Albany, OH 43054 | | 15,277.00 | NA | NA | 0.00 |
| | Discover Financial, Po Box 3025 New Albany, OH 43054 | | 10,194.00 | NA | NA | 0.00 |
| | Fifth Third Bank, Attn: Bankruptcy 1850 East Paris Ave Grand Rapds, MI 49546 | | 6,570.00 | NA | NA | 0.00 |
| | Fifth Third Bank, Attn: Bankruptcy 1850 East Paris Ave, Se Grand Rapds, MI 49546 | | 5,257.00 | NA | NA | 0.00 |
| | Fifth Third Bank, Attn: Bankruptcy 1850 East Paris Ave, Se Grand Rapds, MI 49546 | | 5,061.00 | NA | NA | 0.00 |
| | Gatestone & Co. International Inc, 100 N West St Suite 1200 Wilmington, DE 19801 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/Capital One, N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 560.00 | NA | NA | 0.00 |
| | Malcolm S. Gerald & Assoc., 332 S. Michigan Ave. Suite 600 Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | MiraMed Revenue Group, Dept 77304 Po Box 77000 Detroit, MI 48277 | | 0.00 | NA | NA | 0.00 |
| | PNC Bank Credit Card, Po Box 5570 Mailstop BR-YB58-01-5 Cleveland, OH 44101 | | 12,514.00 | NA | NA | 0.00 |
| | PNC Bank Credit Card, Po Box 5570 Mailstop BR-YB58-01-5 Cleveland, OH 44101 | | 14,186.00 | NA | NA | 0.00 |
| | PNC Bank Credit Card, Po Box 5570 Mailstop BR-YB58-01-5 Cleveland, OH 44101 | | 10,934.00 | NA | NA | 0.00 |
| | Service Finance Compan, 555 S Federal Hwy Ste 20 Boca Raton, FL 33432 | | 7,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Service Finance Company, 555 S Federal Hwy Ste 20 Boca Raton, FL 33432 | | 8,201.00 | NA | NA | 0.00 |
| | St Alexius Medical Center, 22589 Network Place Chicago, IL 60673 | | 100.00 | NA | NA | 0.00 |
| | Stoneleight Recovery Associates, PO Box 1479 Lombard, IL 60148 | | 0.00 | NA | NA | 0.00 |
| | Summit Digestive & Liver Disease, PO Box 3683 Hinsdale, IL 60522 | | 832.02 | NA | NA | 0.00 |
| | Synchrony Bank/Sams, Po Box 965060 Orlando, FL 32896 | | 47.00 | NA | NA | 0.00 |
| | Visa Dept Store National Bank/Macy's, PO Box 8053 Mason, OH 45040 | | 208.00 | NA | NA | 0.00 |
| 9 | Bureaus Investment Group Portfolio No 15 Llc | 7100-000 | NA | 715.30 | 715.30 | 36.95 |
| 7 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 10,403.31 | 10,403.31 | 537.40 |
| 8 | Capital One, N.A. | 7100-000 | NA | 560.00 | 560.00 | 28.93 |
| 12 | Cavalry Spv I, Llc | 7100-000 | NA | 7,656.33 | 7,656.33 | 395.50 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-000 | NA | 11,150.47 | 11,150.47 | 575.99 |
| 2 | Commerce Bank | 7100-000 | NA | 6,582.49 | 6,582.49 | 340.03 |
| 10 | Department Stores National Bank | 7100-000 | NA | 1,225.31 | 1,225.31 | 63.30 |
| 3 | Discover Bank | 7100-000 | NA | 10,682.11 | 10,682.11 | 551.80 |
| 4 | Discover Bank | 7100-000 | NA | 19,305.15 | 19,305.15 | 997.23 |
| 5 | Discover Bank | 7100-000 | NA | 15,277.26 | 15,277.26 | 789.17 |
| 13 | Pnc Bank, N.A. | 7100-000 | NA | 12,584.42 | 12,584.42 | 650.07 |
| 14 | Pnc Bank, N.A. | 7100-000 | NA | 14,592.42 | 14,592.42 | 753.78 |
| 15 | Pnc Bank, N.A. | 7100-000 | NA | 10,934.75 | 10,934.75 | 564.84 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 778.95 | 778.95 | 40.24 |
| 11 | Synchrony Bank | 7100-000 | NA | 906.76 | 906.76 | 46.84 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 182,191.36 | $ 123,355.03 | $ 123,355.03 | $ 6,372.07 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-17123 JBS | Judge: | Jack B. Schmetterer | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|
| Case Name: | ANDRZEY PELC | | | Date Filed (f) or Converted (c): | 06/02/2017 (f) |
| | JANINA PELC | | | 341(a) Meeting Date: | 07/11/2017 |
| For Period Ending: | 02/14/2019 | | | Claims Bar Date: | 11/20/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2001 Volvo Semi 600 Class 8 | 4,000.00 | Unknown | | 7,999.98 | FA |
| 2. 1348 Inverness Drive, Elgin, IL  60120 | 140,000.00 | 0.00 | | 0.00 | FA |
| 3. 2014 Ford Escape | 14,000.00 | 0.00 | | 0.00 | FA |
| 4. 2009 Hyundai Sonata | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. 2008 Toyota Sienna | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. Household goods & Used Furniture | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. TV, Computer, Phone | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Chase Bank - Checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Chase Bank - Business Checking | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. J&A Quality Carrier, INc. | 0.00 | 0.00 | | 0.00 | FA |
| 12. IRA - Qualified Plan | 11,000.00 | 0.00 | | 0.00 | FA |
| 13. Term Life Insurance Policy - No Cash Value | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $183,500.00       $0.00       $7,999.98       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 8, 2018:  All money has been received, and the case is ready for closing.

Initial Projected Date of Final Report (TFR): 02/01/2018       Current Projected Date of Final Report (TFR): 07/31/2018

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-17123 | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | ANDRZEY PELC | Bank Name: | Associated Bank |
| | JANINA PELC | Account Number/CD#: | XXXXXX8976 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3980 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 02/14/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/17 | 1 | Jannina M Pelc | Sale of Truck | 1129-000 | $1,333.33 | | $1,333.33 |
| 10/13/17 | 1 | Jaina M. Pelc/Andrezey W. Pelc | Sale of Tractor and Trailer 2nd Installment | 1129-000 | $1,333.33 | | $2,666.66 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,656.66 |
| 11/08/17 | 1 | Janina M Pelc | Purchsae of Class 8 Tractor Installment sale of Tractor | 1129-000 | $1,333.33 | | $3,989.99 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,979.99 |
| 12/08/17 | 1 | Janina M Pelc | Sale of Tractor and Trailer | 1129-000 | $1,333.33 | | $5,313.32 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,303.32 |
| 01/17/18 | 1 | Jannina M Pelc/Andrzey W. Pelc | Buy Back of Truck | 1129-000 | $1,333.33 | | $6,636.65 |
| 02/05/18 | 1 | Janina M Pelc | Sale of Tractor and Trailer | 1129-000 | $1,333.33 | | $7,969.98 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,959.98 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.43 | $7,949.55 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.82 | $7,937.73 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.42 | $7,926.31 |
| 09/28/18 | 1002 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal check should be paid to Jenner & Block | 2200-000 | | ($4.24) | $7,930.55 |

Page Subtotals: $7,999.98    $69.43

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-17123 | Trustee Name: RONALD R. PETERSON |
| Case Name: ANDRZEY PELC | Bank Name: Associated Bank |
| JANINA PELC | Account Number/CD#: XXXXXX8976 |
| | Checking |
| Taxpayer ID No: XX-XXX3980 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 02/14/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/28/18 | 1001 | RONALD R. PETERSON<br>JENNER & BLOCK LLP<br>CHICAGO, IL 60654-3456 | Final distribution representing a payment of 100.00 % per court order. | | 2100-000 | | $1,550.00 | $6,380.55 |
| 09/28/18 | 1002 | Clerk, U.S. Bankruptcy Court | Remit to Court | | 2200-001 | | $4.24 | $6,376.31 |
| 09/28/18 | 1003 | Commerce Bank<br>P O Box 419248<br>Kcrec-10<br>Kansas City, Mo 64141-6248 | Distribution | | | | $916.02 | $5,460.29 |
| | | Commerce Bank | Final distribution to claim 1 representing a payment of 5.17 % per court order. | ($575.99) | 7100-000 | | | |
| | | Commerce Bank | Final distribution to claim 2 representing a payment of 5.17 % per court order. | ($340.03) | 7100-000 | | | |
| 09/28/18 | 1004 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Distribution | | | | $2,338.20 | $3,122.09 |
| | | Discover Bank | Final distribution to claim 3 representing a payment of 5.17 % per court order. | ($551.80) | 7100-000 | | | |
| | | Discover Bank | Final distribution to claim 4 representing a payment of 5.17 % per court order. | ($997.23) | 7100-000 | | | |
| | | Discover Bank | Final distribution to claim 5 representing a payment of 5.17 % per court order. | ($789.17) | 7100-000 | | | |
| 09/28/18 | 1005 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Final distribution to claim 6 representing a payment of 5.17 % per court order. | | 7100-000 | | $40.24 | $3,081.85 |
| 09/28/18 | 1006 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 7 representing a payment of 5.17 % per court order. | | 7100-000 | | $537.40 | $2,544.45 |

| | Page Subtotals: | $0.00 | $5,386.10 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)  *(Page: 14)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 17-17123 | Trustee Name: RONALD R. PETERSON | Exhibit 9 |
| Case Name: ANDRZEY PELC<br>JANINA PELC | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX8976<br>Checking | |
| Taxpayer ID No: XX-XXX3980 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 02/14/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/28/18 | 1007 | Capital One, N.A.<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 8 representing a payment of 5.17 % per court order. | 7100-000 | | $28.93 | $2,515.52 |
| 09/28/18 | 1008 | Bureaus Investment Group Portfolio No 15 Llc<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Final distribution to claim 9 representing a payment of 5.17 % per court order. | 7100-000 | | $36.95 | $2,478.57 |
| 09/28/18 | 1009 | Department Stores National Bank<br>C/O Quantum3 Group Llc<br>Po Box 657<br>Kirkland, Wa 98083-0657 | Final distribution to claim 10 representing a payment of 5.17 % per court order. | 7100-000 | | $63.30 | $2,415.27 |
| 09/28/18 | 1010 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Final distribution to claim 11 representing a payment of 5.17 % per court order. | 7100-000 | | $46.84 | $2,368.43 |
| 09/28/18 | 1011 | Cavalry Spv I, Llc<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, Az 85712 | Final distribution to claim 12 representing a payment of 5.17 % per court order. | 7100-000 | | $395.50 | $1,972.93 |
| 09/28/18 | 1012 | Pnc Bank, N.A.<br>Po Box 94982<br>Cleveland, Oh 44101 | Distribution | | | $1,968.69 | $4.24 |
| | | Pnc Bank, N.A. | Final distribution to claim 13 ($650.07) representing a payment of 5.17 % per court order. | 7100-000 | | | |
| | | Pnc Bank, N.A. | Final distribution to claim 14 ($753.78) representing a payment of 5.17 % per court order. | 7100-000 | | | |
| | | Pnc Bank, N.A. | Final distribution to claim 15 ($564.84) representing a payment of 5.17 % per court order. | 7100-000 | | | |
| 09/28/18 | 1013 | Jenner & Block<br><br>353 North Clark Street<br>Chicago, Il | Trustee Expenses | 2200-000 | | $4.24 | $0.00 |

| | | | | Page Subtotals: | $0.00 | $2,544.45 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,999.98 | $7,999.98 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,999.98 | $7,999.98 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,999.98 | $7,999.98 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-17123 | Trustee Name: RONALD R. PETERSON |
| Case Name: ANDRZEY PELC | Bank Name: Axos Bank |
| JANINA PELC | Account Number/CD#: XXXXXX0391 |
| | Checking |
| Taxpayer ID No: XX-XXX3980 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 02/14/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:                                                                 $0.00            $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0391 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX8976 - Checking | $7,999.98 | $7,999.98 | $0.00 |
|  | $7,999.98 | $7,999.98 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,999.98 |
| Total Gross Receipts: | $7,999.98 |